THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH 
 CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Juan Council, Appellant. 
 
 
 
 

Appeal From Aiken County
  James C. Williams, Jr., Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-293
 Submitted February 23, 2004 
  Filed May 5, 2004

APPEAL DISMISSED

 
 
 
 
 Senior Assistant Appellate 
 Defender Wanda P. Hagler, of the Office of Appellate Defense, of Columbia, 
 for Appellant.
 Deputy Director for Legal 
 Services Teresa A. Knox, Legal Counsel Tommy Evans Jr. and Legal Counsel 
 J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant pled 
 guilty to breaking into a motor vehicle and was sentenced to two years in prison.  
 After admitting to a probation violation on a prior offense, two years of Appellants 
 probationary sentence were also revoked.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Appellants counsel attached a petition to be relieved.   
 Appellant did not file a pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss this appeal 
 and grant counsels petition to be relieved. [1]     
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, 
 JJ., concur.   
 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.